UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

STRIKE 3 HOLDINGS, LLC,

    Plaintiff,

v.

Case No. 5:22-cv-459-JA-PRL

JOHN DOE SUBSCRIBER
ASSIGNED IP ADDRESS
24.250.140.29,

    Defendant.

## ORDER

In light of Plaintiff's Notice of Voluntary Dismissal without Prejudice of John Doe (Doc. 12), the Clerk is directed to close the case.

**DONE** and **ORDERED** in Orlando, Florida, on February 17, 2023.

                      JOHN ANTOON II
                      United States District Judge

Copies furnished to:
Counsel of Record
Unrepresented Parties